

George M. Reiber
Chapter 12 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

November 1, 2011

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:   Penny Roberts; BK 04-23191

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $166.96. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Hurst Refrigeration | $166.96 | Claims Register # 15 |

/s/_____
George M. Reiber, Trustee

